# EXHIBIT A

# Mark A. Koch Professional Corporation

583 Main Street East                                             Tel:  905 549-5880
Hamilton, Ontario                                                Fax: 905 296-8709
Canada, L8M 1J4                                                  Email:koch@bellnet.ca

26 July 2011

OUR FILE NO. 862CC1

# Due Date for Response: August 25, 2011

PC 50
1478 Morris Avenue
Union, New Jersey
07083

**BY FAX: 908-624-0431**
**And BY Email: lou@pc50whistle.com**

Dear Sirs:

**Re: Fox 40 International Inc. Intellectual Property including**
    **Trademarks, Patents and Design Patents**

This firm represents Fox 40 International, operating out of 560 Arvin Avenue, Stoney Creek, Ontario L8E 5P1 in regard to patent, trademark and copyright matters. It has come to our attention that you are manufacturing and/or selling a whistle which in our opinion infringes on our clients patents. Fox 40 International Inc. is the owner of a number of International Trademarks, Utility Patents and Design Patents world wide.  Fox 40 International Inc. has invested a great deal of effort in promoting its brands and brand images.

Fox 40 owns a number of utility and design patents internationally for the technology and shape of its whistles. In particular Fox 40 owns the design patent:

**US D462,917 S**

a copy of which is attached.

By way of example, Fox 40 International owns trademark rights in the following words:

| | |
|---|---|
| FOX 40 | FOX 40 SHOKGUARD |
| CMG | FOX 40 SONIK |
| FOX 40 MARINE | FOX 40 SHARX |
| LASER COACH | FORCE |
| FOX 40 MICRO | SUPER FORCE |

By virtue of world wide intellectual property laws, Fox 40 International is entitled to the exclusive use of its trademarks, patents and design patents world wide and is entitled to enjoin the use of others from using confusingly similar trademarks or from infringing upon its goodwill including utility or design patents.

Fox 40 International Inc., is entitled to protect its intellectual property rights including the good will and reputation that we have built over many years in our brands and brand images.

We demand that you immediately **cease and desist** from manufacturing, offering for sale, advertising, selling or anyway associating yourselves with whistles that infringe upon my client's intellectual properties.

My client considers its rights under these patents and industrial designs as a valuable property right and has instructed me to enforce these rights to the fullest extent provided by the law.

In order to avoid legal action, we require the following:

1. That you **immediately cease and desist** from any further advertising, promotion, sale, performing and/or distribution of the PC 50 Whistle.

2. By no later than *__August 25, 2011__* we require your undertaking that you will deliver up to us the following:

    a. written confirmation that you have ceased advertising, promoting, selling, performing and distributing of the PC 50 Whistle or the portion, which infringes my clients intellectual property.

    b. a signed written statement of the full names and contact details for each of the parties involved in the PC 50 Whistle.

    c. copies of all promotional materials, advertisements, catalogues, web pages, web sites, dealers, suppliers which is associated with the PC 50 Whistle;

    d. a full and complete accounting regarding any and all profits realized from the sale, licensing, performing, distribution, etc of all or parts of the PC 50 Whistle

If you do not fully comply with our clients initial demands as set forth in this letter, we will seek instructions to immediately commence legal proceedings against you and others without further notice.

This letter is not an exhaustive statement of our clients legal position or my clients intended remedies and we reserve all rights and remedies available. We are not acting on your behalf and we are not protecting your interest. We suggest that you obtain legal advice regarding this matter.

Please acknowledge receipt of this letter by reply email or fax.

Yours very truly,

Mark A. Koch Professional Corporation

Per: Mark Arthur Koch
Enclosures

M:\CORP\862CC1Cease&Desist.doc